UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

Plaintiff,

v.

RUSTY R. REAN,

Defendant.

Case No. CR06-5543FDB

ORDER DENYING MOTION TO CONTINUE TRIAL DATE

Defendant moves for a continuance of the January 22, 2007 trial date of this matter for reasons stated in Defense Counsel's affidavit.  There is, however, no date to which the Court can continue this matter within the confines of Speedy Trial requirements, and Defendant Rean has not signed a waiver of his Speedy Trial rights.  ACCORDINGLY,

IT IS ORDERED: Defendant's Motion To Continue Trial Date [Dkt. # 52] is DENIED.

DATED this 17th day of January, 2007.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1