THE HONORABLE FRANKLIN D. BURGESS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. CR06-5543FDB |
| Plaintiff, ) | |
| ) | MOTION, AFFIDAVIT AND |
| vs. ) | AGREED ORDER CONTINUING |
| ) | SENTENCING HEARING |
| RUSTY REX REAN, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## MOTION

COMES NOW the defendant, Rusty R. Rean, by and through his attorney, Zenon P. Olbertz for an Order continuing his sentencing hearing, presently scheduled for April 20, 2007. The government has no objection to this motion.

THIS motion is based on the Affidavit of Zenon P. Olbertz, attached hereto.

RESPECTFULLY SUBMITTED this 11th day of April, 2007.

LAW OFFICE OF
ZENON PETER OLBERTZ
Attorney for Defendant

/s/

By:_____
Zenon P. Olbertz
WSB #6080

AGREED ORDER CONTINUING SENTENCING - 1

# AFFIDAVIT

STATE OF WASHINGTON  )
                     : ss.
County of Pierce     )

ZENON P. OLBERTZ being first duly sworn under oath deposes and says that I have been appointed to represent the defendant in the above entitled matter for post trial matters, including sentencing and to review Mr. Rean's *pro se* motion for a new trial. In that regard I have obtained the files from Tom Campbell who tried the case. I have also ordered the transcripts from the trial. These transcripts were received in the past couple of days of this week. I have yet to have the opportunity to review the transcripts and to prepare for further proceedings.

I have related my request for a continuance of the sentencing to Kent Liu, who is the Special Assistant U.S. Attorney in this matter. Mr. Liu indicated last week that he had no objections to a continuance of the sentencing in this matter. I am therefore requesting that the Court sign the agreed order continuing sentencing and provide additional time to supplement any post trial motions filed in this case.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

/s/
_____
Zenon P. Olbertz, WSB #6080

SUBSCRIBED AND SWORN to before this 12th day of April, 2007.

/s/ Sarah M. Heckman

_____
NOTARY PUBLIC in and for the State of Washington. Residing at Tacoma. My Commission Expires: 9/29/2009.

AGREED ORDER CONTINUING SENTENCING - 2

Law Office of Zenon Peter Olbertz
1008 So. Yakima Ave., Suite 302
Tacoma, WA 98405
(253) 272-9967/Fax: (253) 572-1441

# AGREED ORDER

THIS MATTER having come on before the above-entitled Court upon the motion of the defendant, Rusty Rex Rean, for an order allowing continuance of his sentencing hearing, presently scheduled for April 20, 2007; and the Court being in all things fully advised; NOW THEREFORE, It Is Hereby

ORDERED that the sentencing hearing scheduled for April 20, 2007, is hereby stricken.  Sentencing is rescheduled to June 29, 2007 at 10:00 AM in Courtroom C. It Is Further

ORDERED that any post trial motions in this case must be filed no later than April 30, 2007.

DATED this 16th day of April, 2007.

                        ___/s/ Franklin D Burgess_____
                        THE HONORABLE FRANKLIN D. BURGESS

Submitted by:

 /s/
_____
Zenon P. Olbertz, WSB #6080
Attorney for Rusty Rean

 /s/ *Zenon P. Olbertz for*
_____
Kent Y. Liu
Assistant U.S. Attorney